UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:20-cv-23223-BB

DRAGAN JANICIJEVIC, on his own
behalf and on behalf of all other similarly
situated crew members working aboard
BAHAMAS PARADISE CRUISE LINE
vessels

    Plaintiffs,

v.                                                                                          CLASS ACTION

CLASSICA CRUISE OPERATOR, LTD.,
PARADISE CRUISE LINE OPERATOR
LTD. INC., a/k/a PARADISE CRUISE LINE
OPERATOR LTD. d/b/a BAHAMAS
PARADISE CRUISE LINE, BPCL
MANAGEMENT, LLC, d/b/a BAHAMAS
PARADISE CRUISE LINE, LLC.,

    Defendants.
_____/

**NOTICE OF APPEARANCE**

Catherine J. MacIvor, Esq., of the law firm of Foreman Friedman, P.A., hereby files her Notice of Appearance as Counsel for Defendants, Classica Cruise Operator, Ltd., Paradise Cruise Line Operator Ltd. Inc., and hereby requests that all future pleadings, motions, notices, orders and other documents filed by the parties and the Court be served on Ms. MacIvor.

Dated: August 21, 2020
      Miami, FL

                                    Respectfully submitted,

                           By: */s/ Catherine J. MacIvor*
                                Jeffrey E. Foreman
                                Florida Bar No. 240310
                                jforeman@fflegal.com
                                Catherine J. MacIvor
                                Florida Bar. No. 932711

1

cmacivor@fflegal.com  
FOREMAN FRIEDMAN, PA  
One Biscayne Tower, Suite 2300  
2 South Biscayne Boulevard  
Miami, FL 33131  
Telephone: (305) 358-6555  
*Attorneys for Defendants Classica Cruise Operator Ltd. and Paradise Cruise Line Operator, Ltd. Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on August 21st, 2020. I also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

By: */s/ Catherine J. MacIvor*  
Catherine J. MacIvor

## SERVICE LIST
*Janicijevic v. Paradise Cruise Line*  
20-cv-23223-BB

| | |
|---|---|
| Jeffrey E. Foreman, Esq. | Michael A. Winkleman, Esq. |
| Catherine J. MacIvor, Esq. | Daniel W. Grammes, Esq. |
| FOREMAN FRIEDMAN, P.A. | Andrew S. Freedman, Esq. |
| One Biscayne Tower, Suite 2300 | LIPCON, MARGULIES, ALSINA & |
| 2 South Biscayne Boulevard | WINKLEMAN, PA |
| Miami, Florida 33131 | One Biscayne Tower, Suite 1776 |
| Telephone: (305) 358-6555 | 2 South Biscayne Boulevard |
| Facsimile: (305) 374-9077 | Miami, Florida 33131 |
| jforeman@fflegal.com | Telephone: (305) 373-3015 |
| cmacivor@fflegal.com | Facsimile: (305) 373-6204 |
| | mwinkleman@lipcon.com |
| | dgrammes@lipcon.com |
| | afreedman@lipcon.com |