UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: 20-23223-CIV-BLOOM

DRAGAN JANICIJEVIC, on his own
behalf and on behalf of all other similarly
situated crew members working aboard
BAHAMAS PARADISE CRUISE LINE
vessels

      Plaintiffs,

          v.

CLASSICA CRUISE OPERATOR, LTD.,
PARADISE CRUISE LINE OPERATOR
LTD. INC., a/k/a PARADISE CRUISE LINE
OPERATOR LTD. d/b/a BAHAMAS
PARADISE CRUISE LINE, BPCL
MANAGEMENT, LLC, d/b/a BAHAMAS
PARADISE CRUISE LINE, LLC.,

      Defendants.
_____/

**JOINT MOTION FOR BRIEF STAY PENDING APPROVAL OF
SETTLEMENT AGREEMENT AND NOTICE OF CLASS-WIDE SETTLEMENT**

The Parties announce that through an aggressive and active early mediation in this matter, under the direct supervision of nationally recognized mediator Rodney Max, they have executed a Term Sheet which provides for a full Settlement of this class action matter. To save the Court and the Parties time and resources, the Parties jointly request a very brief stay of 10 days (in accordance with the proposed timetable below), so the Parties can devote their time and resources to drafting and finalizing the Class Action Settlement Agreement and preparing the Motion for Preliminary Approval of the Class Action Settlement Agreement. The Parties will expeditiously seek preliminary approval of the Class Action Settlement Agreement pursuant to Rule 23(e) of the

Federal Rules of Civil Procedure. In support of the requested stay and proposed time schedule, the Parties state the following:

1. On August 21, 2020, after considerable mediation, Plaintiff and Defendants reached an arms-length agreement in principle to resolve all claims against all Defendants in these proceedings.

2. The Parties are now in the process during the next 10 days of drafting a detailed Class Action Settlement Agreement that settles all issues in this action, eligibility of putative settlement class members for a class settlement payment, and dismissal of all claims against Defendants with prejudice. The Plaintiff is also drafting a Motion for Preliminary Approval of the proposed settlement.

3. After execution of the Settlement Agreement, the Plaintiff will present it to the Court and seek preliminary approval of the class action settlement, including the plan of notice to the settlement class, pursuant to Rule 23 of the Federal Rules of Civil Procedure.

4. It is well settled that this Court has the authority to stay proceedings to manage its docket, based upon the circumstances of a particular case, especially where the parties have reached a settlement of the matter. *See, e.g., Landis v. North Am. Water Works & Elec. Co.*, 299 U.S. 248, 254 (1936); *Republic of Venezuela v. Philip Morris Cos., Inc.*, No. 99-0586-Civ, 1999 WL 33911677, at *1 (S.D. Fla. Apr. 28, 1999). A class-wide settlement, if approved, will resolve all claims and issues in this action.

5. A very brief stay of 10 days will also conserve the Parties' and the Court's resources, and will allow the Parties to focus on settlement details and drafting preliminary approval briefs, rather than spending their efforts on motions to dismiss, class certification,

discovery disputes, and any further dispositive motions or motion *in limine* that, if settlement is approved, will turn out to be unnecessary.

6. The Parties respectfully request that the Court briefly stay the case according to the proposed schedule below:

   a. Class Action Settlement Agreement shall be executed within 7 days by August 28, 2020;

   b. Motion for Preliminary Approval of the Class Action Settlement Agreement shall be filed by August 31, 2020; and

   c. If the Motion for Preliminary Approval is granted, the Court shall set a date and time for the Final Approval Hearing at the Court's discretion.

**WHEREFORE**, the Parties respectfully request the Court enter the attached Order staying all claims pending the execution and approval of a class-wide Settlement Agreement and that sets specific timelines for the Parties to seek preliminary approval of the Settlement.

Date: August 21, 2020                               Respectfully submitted,

By: */s/ Adam Moskowitz*                            By: */s/ Catherine J. MacIvor*
Adam Moskowitz, Esq.                                Jeffrey E. Foreman
Florida Bar No. 984280                              Florida Bar No. 240310
Email: adam@moskowitz-law.com                       jforeman@fflegal.com
Howard M. Bushman, Esq.                             Catherine J. MacIvor
Florida Bar No. 0364230                             Florida Bar. No. 932711
Email: howard@moskowitz-law.com                     cmacivor@fflegal.com
**The Moskowitz Law Firm, PLLC**                    **Foreman Friedman, PA**
2 Alhambra Plaza                                    One Biscayne Tower, Suite 2300
Suite 601                                           2 South Biscayne Boulevard Miami, FL
Coral Gables, FL 33134                              33131 Telephone: (305) 358-6555
Telephone: 305 740-1423                             *Counsel for Defendants*
*Counsel for Plaintiff*

By:/s/ Michael Winkleman
Michael A. Winkleman
Florida Bar No. 36719
mwinkleman@lipcon.com
Daniel W. Grammes

- 4 –

Florida Bar No. 1010507
dgrammes@lipcon.com
Andrew S. Freedman
Florida Bar No. 091087
afreedman@lipcon.com
**Lipcon, Margulies, Alsina & Winkleman, P.A.**
One Biscayne Tower, Suite 1776
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone No.: (305) 373-3016
Facsimile No.: (305) 373-6204
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed on August 21, 2020 with the Clerk by using the CM/ECF system, which will send notification of such filing to all attorneys of record.

s/ Adam M. Moskowitz