UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 20-cv-23223-BLOOM/Louis**

DRAGAN JANICIJEVIC, on his own
behalf and on behalf of all other similarly
situated crewmembers working aboard
BAHAMAS PARADISE CRUISE
LINE vessels,

    Plaintiffs,

v.

CLASSICA CRUISE OPERATOR, LTD.,
PARADISE CRUISE LINE
OPERATOR LTD. INC. a/k/a PARADISE
CRUISE LINE OPERATOR LTD. d/b/a
BAHAMAS PARADISE CRUISE LINE,
BPCL MANAGEMENT, LLC d/b/a
BAHAMAS PARADISE CRUISE LINE, LLC,

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the Joint Motion for Brief Stay Pending Approval of Settlement Agreement and Notice of Class-Wide Settlement, ECF No. [12], filed on **August 21, 2020**, that indicates that the parties have reached a settlement of the claims asserted in this case.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a settlement agreement for the Court's consideration and/or appropriate dismissal documentation.

2. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**,

Case No. 20-cv-23223-BLOOM/Louis

all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 21, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record