UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:20-cv-23223-BLOOM

DRAGAN JANICIJEVIC, on his own
behalf and on behalf of all other similarly
situated crew members working aboard
BAHAMAS PARADISE CRUISE LINE
vessels

    Plaintiffs,

v.                                                **CLASS ACTION**

CLASSICA CRUISE OPERATOR, LTD.,
PARADISE CRUISE LINE OPERATOR
LTD. INC., a/k/a PARADISE CRUISE LINE
OPERATOR LTD. d/b/a BAHAMAS
PARADISE CRUISE LINE, BPCL
MANAGEMENT, LLC, d/b/a BAHAMAS
PARADISE CRUISE LINE, LLC.,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF *PARTIAL* VOLUNTARY DISMISSAL
WITHOUT PREJUDICE ONLY AS TO DEFENDANT BPCL MANAGEMENT, LLC**

The Plaintiff by and through undersigned counsel, hereby notices this Honorable Court of voluntarily dismissing, without prejudice, Plaintiff's claims in the above-styled action against only one Defendant, BPCL MANAGEMENT, LLC. The Plaintiff's claims against the remaining defendants remain pending.

Dated: September 4, 2020                      Respectfully submitted,

| | |
|---|---|
| By: */s/ Daniel W. Grammes* | By: */s/ Adam M. Moskowitz* |
| MICHAEL A. WINKLEMAN | Adam Moskowitz, Esq. |
| Florida Bar No. 36719 | Florida Bar No. 984280 |
| mwinkleman@lipcon.com | adam@moskowitz-law.com |
| DANIEL W. GRAMMES | Howard M. Bushman, Esq. |
| Florida Bar No. 1010507 | Florida Bar No. 0364230 |
| dgrammes@lipcon.com | howard@moskowitz-law.com |
| ANDREW S. FREEDMAN | **THE MOSKOWITZ LAW FIRM, PLLC** |
| Florida Bar No. 091087 | 2 Alhambra Plaza |

L I P C O N ,   M A R G U L I E S ,   A L S I N A   &   W I N K L E M A N ,   P . A .

    afreedman@lipcon.com
    **LIPCON, MARGULIES,**
    **ALSINA & WINKLEMAN, P.A.**
    One Biscayne Tower, Suite 1776
    2 South Biscayne Boulevard
    Miami, Florida 33131
    Telephone No.: (305) 373-3016
    Facsimile No.: (305) 373-6204

Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423

*Attorneys for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the forgoing was filed September 4, 2020, with the Court via CM/ECF system, which will send notification of such filing to all attorneys of record.

    By: */s/ Daniel W. Grammes*
    **DANIEL W. GRAMMES**
    Florida Bar No. 1010507

## SERVICE LIST

*Janicijevic v. Classica Cruise Operator, Ltd., et al.*
**Case No. 20-23223-CIV-BLOOM**

*Counsel for Defendant*

**Jeffrey E. Foreman**
Florida Bar No. 240310
jforeman@fflegal.com
**Catherine J. MacIvor**
Florida Bar No. 932711
cmacivor@fflegal.com
**FOREMAN FRIEDMAN, P.A.**
One Biscayne Tower, Suite 2300
2 South Biscayne Blvd.
Miami, FL 33131
Telephone: (305) 358-6555