UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 20-cv-23223-BLOOM/Louis**

DRAGAN JANICIJEVIC, on his own
behalf and on behalf of all other similarly
situated crewmembers working aboard
BAHAMAS PARADISE CRUISE
LINE vessels,

     Plaintiffs,

v.

CLASSICA CRUISE OPERATOR, LTD.,
PARADISE CRUISE LINE
OPERATOR LTD. INC. a/k/a PARADISE
CRUISE LINE OPERATOR LTD. d/b/a
BAHAMAS PARADISE CRUISE LINE,
BPCL MANAGEMENT, LLC d/b/a
BAHAMAS PARADISE CRUISE LINE, LLC,

     Defendants.
_____/

**ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO
DEFENDANT BCPL MANAGEMENT, LLC**

**THIS CAUSE** is before the Court upon the Notice of Partial Voluntary Dismissal Without Prejudice Only as to Defendant BCPL Management, LLC. ECF No. [14] ("Notice"). The Court has carefully reviewed the Notice and the record, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [14]** is **APPROVED** and **ADOPTED**;

2. Defendant BPCL Management, LLC is **DISMISSED WITHOUT PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

Case No. 20-cv-23223-BLOOM/Louis

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 8, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record