**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-cv-23223-BLOOM/Louis**

DRAGAN JANICIJEVIC, on his own
behalf and on behalf of all other similarly
situated crewmembers working aboard
BAHAMAS PARADISE CRUISE
LINE vessels,

    Plaintiffs,

v.

CLASSICA CRUISE OPERATOR, LTD.,
PARADISE CRUISE LINE
OPERATOR LTD. INC. a/k/a PARADISE
CRUISE LINE OPERATOR LTD. d/b/a
BAHAMAS PARADISE CRUISE LINE,
BPCL MANAGEMENT, LLC d/b/a
BAHAMAS PARADISE CRUISE LINE, LLC,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon the Notice of Intervening Eleventh Circuit Ruling Regarding Proposed Incentive Awards and Agreement to Change Proposed Class Notice as a Result, ECF No. [19] ("Notice"), filed on October 13, 2020. The Notice requests that the Court consider certain interlineated language in resolving the pending Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class, ECF No. [17], due to intervening precedent from the Court of Appeals for the Eleventh Circuit. The Court has carefully reviewed the Notice, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class, **ECF No. [17]**, is


Case No. 20-cv-23223-BLOOM/Louis

**DENIED WITHOUT PREJUDICE**. The parties may refile a corrected motion for preliminary approval that incorporates the relevant language set forth in the Notice.

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 13, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record