# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Case No. 20-cv-23223-BLOOM/Louis**

DRAGAN JANICIJEVIC, on his own
behalf and on behalf of all other similarly
situated crewmembers working aboard
BAHAMAS PARADISE CRUISE
LINE vessels,

    Plaintiffs,

v.

CLASSICA CRUISE OPERATOR, LTD.,
PARADISE CRUISE LINE
OPERATOR LTD. INC. a/k/a PARADISE
CRUISE LINE OPERATOR LTD. d/b/a
BAHAMAS PARADISE CRUISE LINE,
BPCL MANAGEMENT, LLC d/b/a
BAHAMAS PARADISE CRUISE LINE, LLC,

    Defendants.
_____/

## ORDER RESETTING MOTION HEARING

**THIS CAUSE** is before the Court upon Defendants' Unopposed Motion for Change of Scheduled Hearing Time, ECF No. [24] ("Motion"), filed on October 26, 2020, which requests that this Court reset the hearing currently scheduled for 11:00 a.m. on November 5, 2020, to 3:30 p.m. on the same day.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [24]**, is **GRANTED**. The time of the Zoom hearing on the pending Motion, ECF No. [21], that is currently set for November 5, 2020, at 11:00 a.m. is **RESET** to **3:30 p.m. on November 5, 2020**. The Courtroom Deputy will provide instructions on the Zoom videoconferencing.

Case No. 20-cv-23223-BLOOM/Louis

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 26, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record