UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:20-cv-23223-BB

DRAGAN JANICIJEVIC, on his own
behalf and on behalf of all other similarly
situated crew members working aboard
BAHAMAS PARADISE CRUISE LINE
vessels,

    Plaintiffs,
v.

CLASSICA CRUISE OPERATOR, LTD.,
PARADISE CRUISE LINE OPERATOR
LTD. INC., a/k/a PARADISE CRUISE LINE
OPERATOR LTD. d/b/a BAHAMAS
PARADISE CRUISE LINE, BPCL
MANAGEMENT, LLC, d/b/a BAHAMAS
PARADISE CRUISE LINE, LLC,

    Defendants.
_____/

### NOTICE OF FILING PLAINTIFF'S EMPLOYMENT CONTRACT IN ACCORDANCE WITH THIS COURT'S ORDER [D.E. 26.] AND MARCH 18, 2020 ADDENDUM, WHICH PLAINTIFFS WERE FORCED TO SIGN

    The Plaintiff, DRAGAN JANICIJEVIC, on his own behalf and on behalf of all other similarly situated crew members working aboard BAHAMAS PARADISE CRUISE LINE vessels, by and through undersigned counsel, hereby notices the filing of Plaintiff Dragan Janicijevic's employment contract, attached hereto as Exhibit 1, as requested by this Honorable Court on November 3, 2020 [D.E. 26]. Additionally, Plaintiff attaches the March 18, 2020, addendum to Plaintiff's employment contract that Defendants provided to Plaintiff and as alleged in Plaintiff's First Amended Complaint [D.E. 16, ¶ 22(i)], attached hereto as Exhibit 2.

Dated: November 3, 2020                        Respectfully submitted,

By: */s/ Daniel W. Grammes*              By: */s/ Adam M. Moskowitz*

| | |
|---|---|
| MICHAEL A. WINKLEMAN<br>Florida Bar No. 36719<br>mwinkleman@lipcon.com<br>DANIEL W. GRAMMES<br>Florida Bar No. 1010507<br>dgrammes@lipcon.com<br>ANDREW S. FREEDMAN<br>Florida Bar No. 091087<br>afreedman@lipcon.com<br>**LIPCON, MARGULIES,**<br>**ALSINA & WINKLEMAN, P.A.**<br>One Biscayne Tower, Suite 1776<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone No.: (305) 373-3016<br>Facsimile No.: (305) 373-6204<br>*Attorneys for Plaintiff and the Class* | Adam Moskowitz, Esq.<br>Florida Bar No. 984280<br>adam@moskowitz-law.com<br>Howard M. Bushman, Esq.<br>Florida Bar No. 0364230<br>howard@moskowitz-law.com<br>**THE MOSKOWITZ LAW FIRM, PLLC**<br>2 Alhambra Plaza<br>Suite 601<br>Coral Gables, FL 33134<br>Telephone: (305) 740-1423 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed November 3, 2020, with the Court via CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Daniel W. Grammes*_____
      **DANIEL W. GRAMMES**
      Florida Bar No. 1010507

## SERVICE LIST
*Janicijevic v. Classica Cruise Operator, Ltd., et al.*
**Case No. 20-23223-CIV-BLOOM**

**Jeffrey E. Foreman**
Florida Bar No. 240310
jforeman@fflegal.com
**Catherine J. MacIvor**
Florida Bar No. 932711
cmacivor@fflegal.com
**FOREMAN FRIEDMAN, P.A.**
One Biscayne Tower, Suite 2300
2 South Biscayne Blvd.
Miami, FL 33131
Telephone: (305) 358-6555
*Counsel for Defendant*