

March 18, 2020

"I do understand that the Corona Virus is a worldwide pandemic beyond the control of Bahamas Paradise Cruise Line, resulting to stoppage of its operations and contract revision. As such, I voluntary request to stay on board instead of choosing to fly home. By choosing to stay onboard during stoppage of operations, I agree to the salary reduction of 30% until this pandemic has lifted restrictions for me to return home or until Bahamas Paradise Cruise Line returns to normal operation."

Owners and Management will make every effort to make wages whole when business recovers.

_____                              _____
Crew Name                                                   Date


_____
Crew Signature


*[signature]*

_____                              _____
Jose Rosado                                                 March 18, 2020
Sr. Vice President Onboard Operations                       Date

EXHIBIT 2